IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY BURNELL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLACKROCK TCP CAPITAL CORP., RAJ VIG, PHIL TSENG, and ERIK L. CUELLAR,<br><br>Defendants. | Case No. 2:26-cv-01102-AB-DFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING ACCEPTANCE OF SERVICE AND SCHEDULING** |

The Court, having considered the Stipulation Regarding Acceptance of Service and Scheduling (the "Stipulation"), and good cause appearing therefor, **GRANTS** the Stipulation.

IT IS HEREBY ORDERED as follows:

1.      Gibson, Dunn & Crutcher LLP, counsel for Defendants, accepts service of the Complaint and summons on behalf of all Defendants, subject to the reservation of rights described in paragraph 5 below.

2.      Within 14 days of an order by the Court appointing a lead plaintiff and lead counsel, Defendants and any lead plaintiff(s) appointed by the Court shall, through their respective counsel, confer and jointly submit a proposed schedule for the designating of an operative complaint or filing of any amended complaint and responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss.

3.      Defendants shall not be required to answer, move against, or otherwise substantively respond to the Complaint (ECF No. 1) or any amended complaint until the date agreed upon by the Parties in the proposed schedule described in paragraph 3 above, if approved by the Court, or until such other further order by the Court.

4.      Except for formal service of process, each Defendant expressly reserves and does not waive any of its rights, defenses, or objections to the Complaint, including, without limitation, the defense of lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: March 11, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1