Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
**GLANCY PRONGAY WOLKE & ROTTER LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Cory Burnell*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY BURNELL, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:26-cv-01102-AB-DFM |
| Plaintiff, | **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF CORY BURNELL, BP INVESTMENT LLC, AND BLUEPRINT MODERATE PORTFOLIO LP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL** |
| v. | |
| BLACKROCK TCP CAPITAL CORP., RAJ VIG, PHIL TSENG, and ERIK L. CUELLAR, | |
| Defendants. | |

I, Charles H. Linehan, declare as follows:

1.     I am an attorney with the law firm of Glancy Prongay Wolke & Rotter LLP, counsel for Lead Plaintiff Movant Cory Burnell, BP Investment LLC, and Blueprint Moderate Portfolio LP ("The Burnell Group") and proposed Co-Lead Counsel for the class in the above-captioned action. I make this declaration in support of the Motion of Cory Burnell, BP Investment LLC, and Blueprint Moderate Portfolio LP for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published in *Business Wire* on February 3, 2026, announcing the pendency of this securities class action;

Exhibit B:   The Burnell Group's Signed Certification;

Exhibit C:   Analysis of The Burnell Group's financial interest;

Exhibit D:   Firm Résumé of Glancy Prongay Wolke & Rotter LLP; and

Exhibit E:   Firm Résumé of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of April 2026, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 6, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 6, 2026, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan