# EXHIBIT A

4/6/26, 3:44 PM    TCPC CLASS ACTION NOTICE: Glancy Prongay Wolke & Rotter LLP Files Securities Fraud Lawsuit on Behalf of BlackRock TCP C…

Case 2:26-cv-01102-AB-DFM    Document 17-1    Filed 04/06/26    Page 2 of 4    Page ID
#:197

Feb 3, 2026 6:34 PM Eastern Standard Time

# TCPC CLASS ACTION NOTICE: Glancy Prongay Wolke & Rotter LLP Files Securities Fraud Lawsuit on Behalf of BlackRock TCP Capital Corp. Investors

Share

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay Wolke & Rotter LLP ("GPWR") announces that it has filed a class action lawsuit in the United States District Court for the Central District of California, captioned *Burnell v. BlackRock TCP Capital Corp., et al.,* Case No. 2:26-cv-01102, on behalf of persons and entities that purchased or otherwise acquired BlackRock TCP Capital Corp. ("BlackRock" or the "Company") (NASDAQ: TCPC) securities between **November 6, 2024 and January 23, 2026**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

IF YOU SUFFERED A LOSS ON YOUR BLACKROCK INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.

**What Happened?**

On February 27, 2025, before the market opened, the Company issued a press release announcing financial results for the fourth quarter and year ended December 31, 2024. The press release disclosed that the Company's portfolio had significantly weakened during the 2024 fiscal year. Specifically, the press release revealed the number of portfolio companies on non-accrual status had more than doubled, and as a result, debt investments on non-accrual status at cost increased

4/6/26, 3:44 PM    TCPC CLASS ACTION NOTICE: Glancy Prongay Wolke & Rotter Files Securities Fraud Lawsuit on Behalf of BlackRock TCP C…

Case 2:26-cv-01102-AB-DFM    Document 17-1    Filed 04/06/26    Page 3 of 4    Page ID #:198

by 289% (from 3.7% to 14.4% of the portfolio). Moreover, the press release revealed that the Company's net asset value ("NAV") had fallen 22.44% year over year to $9.23 per share. Total losses, both realized and unrealized, were revealed to have ballooned to $194,895,042 for the fiscal year, a 186% increase year over year, in large part due to a newly added $72.3 million net unrealized loss within the fourth quarter. Despite this, the press release alleged the NAV of the Company was accurate at $9.23 per share, and that "the vast majority of [the Company's] portfolio continued to perform well," and the Company was "working closely with [its] borrowers and sponsors to resolve the portfolio issues."

On this news, the Company's stock price fell $0.90, or 9.64%, to close at $8.44 per share on February 27, 2025, on unusually heavy trading volume.

On January 23, 2026, after market hours, BlackRock TCP disclosed certain fourth quarter and full year 2025 financial results, including that the Company's NAV per share as of December 31, 2025 was in fact in the range of $7.05 to $7.09, 19% less than reported the prior quarter and 23.4% less than reported the prior year.

On this news, BlackRock TCP's stock price fell $0.76, or 12.97%, to close at $5.10 per share on January 26, 2026, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the Company's investments were not being timely and/or appropriately valued; (2) the Company's efforts at portfolio restructuring were not effectively resolving challenged credits or improving the quality of the portfolio; (3) as a result, the Company's unrealized losses were understated; (4) as a result, the Company's NAV was overstated; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired BlackRock securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

Case 2:26-cv-01102-AB-DFM    Document 17-1    Filed 04/06/26    Page 4 of 4    Page ID
#:199

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,
Glancy Prongay Wolke & Rotter LLP,
1925 Century Park East, Suite 2100,
Los Angeles, California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224
Visit our website at www.glancylaw.com.
Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay Wolke & Rotter LLP,
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.

**Industry:**        Class Action Lawsuit    Professional Services    Legal