# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF
## BLACKROCK TCP CAPITAL CORP. (TCPC) SECURITIES LITIGATION

I, Cory Burnell, individually and as sole owner of BP Investment LLC (which is the sole general partner of Blueprint Moderate Portfolio LP), certify that:

1. I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of lead plaintiff motion on behalf of myself, BP Investment LLC, and Blueprint Moderate Portfolio LP.

2. I am duly authorized to institute legal action on behalf of BP Investment LLC and on behalf of Blueprint Moderate Portfolio LP, including legal action against BlackRock TCP Capital Corp. and other defendants.

3. I, BP Investment LLC, and Blueprint Moderate Portfolio LP did not purchase the BlackRock TCP Capital Corp. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. I, BP Investment LLC, and Blueprint Moderate Portfolio LP are willing to serve as a representative party on behalf of a class, and we are willing to provide testimony at deposition and trial, if necessary.

5. Transactions in BlackRock TCP Capital Corp. securities during the period set forth in the Complaint by me, BP Investment LLC, and Blueprint Moderate Portfolio LP are as follows:

   (See attached transactions)

6. I, BP Investment LLC, and Blueprint Moderate Portfolio LP have not sought to serve, nor served, as a representative party on behalf of a class in any action under the federal securities laws (15 U.S. Code, Chapter 2B; and 15 U.S. Code, Chapter 2A, Subchapter I) during the last three years.

7. I, BP Investment LLC, and Blueprint Moderate Portfolio LP will not accept any payment for serving as representative parties, except to receive our pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4/6/2026
_____
Date

DocuSigned by:
*Cory Burnell*
4603C08AF6DE455...
_____
Cory Burnell, individually and as Sole owner of BP Investment LLC, which is the General Partner of Blueprint Moderate Portfolio LP

**BP Investment LLC's Transactions in BlackRock TCP Capital Corp. (TCPC)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/16/2025 | Bought | 1,800 | $6.7567 |
| 9/16/2025 | Bought | 5,000 | $6.7235 |
| 9/16/2025 | Bought | 1 | $6.7200 |
| 9/16/2025 | Bought | 13,200 | $6.7567 |
| 10/7/2025 | Bought | 5,200 | $5.8399 |
| 10/7/2025 | Bought | 2,300 | $5.8350 |
| 10/7/2025 | Bought | 7,500 | $5.8350 |
| 10/7/2025 | Bought | 2,370 | $5.8350 |
| 10/7/2025 | Bought | 2,630 | $5.8300 |
| 10/10/2025 | Bought | 5,000 | $5.4865 |
| 10/10/2025 | Bought | 4,200 | $5.4899 |
| 10/10/2025 | Bought | 800 | $5.4800 |
| 10/10/2025 | Bought | 400 | $5.4899 |
| 10/10/2025 | Bought | 4,600 | $5.4800 |
| 10/10/2025 | Bought | 5,000 | $5.4835 |
| 10/10/2025 | Bought | 5,000 | $5.4600 |
| 10/10/2025 | Bought | 5,000 | $5.4699 |
| 10/10/2025 | Bought | 7,500 | $5.4665 |
| 10/10/2025 | Bought | 7,500 | $5.4635 |
| 10/10/2025 | Bought | 7,500 | $5.4642 |
| 10/10/2025 | Bought | 7,500 | $5.4736 |
| 12/18/2025 | Bought | 607 | $5.6200 |
| 12/18/2025 | Bought | 7,000 | $5.6345 |
| 12/18/2025 | Bought | 7,000 | $5.6345 |
| 12/18/2025 | Bought | 3,209 | $5.6300 |
| 12/18/2025 | Bought | 2,400 | $5.6250 |
| 12/18/2025 | Bought | 1,391 | $5.6250 |
| 12/18/2025 | Bought | 5,000 | $5.6290 |
| 12/19/2025 | Bought | 5,000 | $5.5287 |
| 12/19/2025 | Bought | 7,000 | $5.5299 |
| 12/19/2025 | Bought | 7,000 | $5.5150 |
| 12/19/2025 | Bought | 5,711 | $5.5140 |
| 12/19/2025 | Bought | 1,289 | $5.5150 |
| 12/19/2025 | Bought | 7,000 | $5.5100 |
| 12/19/2025 | Bought | 7,000 | $5.5120 |
| 12/19/2025 | Bought | 1,908 | $5.5124 |
| 12/19/2025 | Bought | 1,240 | $5.5050 |
| 12/19/2025 | Bought | 900 | $5.5090 |
| 12/19/2025 | Bought | 2,952 | $5.5100 |
| 12/19/2025 | Bought | 7,000 | $5.5046 |

Docusign Envelope ID: 4D012C7F-AC3F-4A76-BDF4-8D25C60B23CA

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/23/2025 | Bought | 7,000 | $5.3739 |
| 1/7/2026 | Bought | 10,000 | $5.3600 |
| 1/7/2026 | Bought | 10,000 | $5.3600 |
| 1/7/2026 | Bought | 8,200 | $5.3600 |
| 1/7/2026 | Bought | 900 | $5.3499 |
| 1/7/2026 | Bought | 900 | $5.3500 |
| 1/7/2026 | Bought | 10,000 | $5.3500 |
| 1/7/2026 | Bought | 6,249 | $5.3500 |
| 1/7/2026 | Bought | 3,751 | $5.3400 |

**Blueprint Moderate Portfolio LP's Transactions in BlackRock TCP Capital Corp. (TCPC)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/5/2025 | Bought | 27,834 | $5.5519 |
| 12/23/2025 | Bought | 47,000 | $5.3202 |

**Cory Burnell's Transactions in BlackRock TCP Capital Corp. (TCPC)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/3/2025 | Bought | 710 | $5.6300 |
| 11/20/2025 | Bought | 91 | $5.5851 |
| 11/20/2025 | Bought | 2,199 | $5.5845 |