# EXHIBIT C

Financial Interest Analysis

**Company Name:** BlackRock TCP Capital Corp.
**Ticker:** TCPC
**Class Period:** November 6, 2024 to January 23, 2026

**Name:** BP Investment LLC

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 9/16/2025 | 1,800 | $6.7567 | -$12,162.1200 | | $0.0000 | -$12,162.12 |
| 9/16/2025 | 5,000 | $6.7235 | -$33,617.5000 | | $0.0000 | -$33,617.50 |
| 9/16/2025 | 1 | $6.7200 | -$6.7200 | | $0.0000 | -$6.72 |
| 9/16/2025 | 13,200 | $6.7567 | -$89,188.9000 | | $0.0000 | -$89,188.90 |
| 10/7/2025 | 5,200 | $5.8399 | -$30,367.4800 | | $0.0000 | -$30,367.48 |
| 10/7/2025 | 2,300 | $5.8350 | -$13,420.5000 | | $0.0000 | -$13,420.50 |
| 10/7/2025 | 7,500 | $5.8350 | -$43,762.5000 | | $0.0000 | -$43,762.50 |
| 10/7/2025 | 2,370 | $5.8350 | -$13,828.9500 | | $0.0000 | -$13,828.95 |
| 10/7/2025 | 2,630 | $5.8300 | -$15,332.9000 | | $0.0000 | -$15,332.90 |
| 10/10/2025 | 5,000 | $5.4865 | -$27,432.5000 | | $0.0000 | -$27,432.50 |
| 10/10/2025 | 4,200 | $5.4899 | -$23,057.5800 | | $0.0000 | -$23,057.58 |
| 10/10/2025 | 800 | $5.4800 | -$4,384.0000 | | $0.0000 | -$4,384.00 |
| 10/10/2025 | 400 | $5.4899 | -$2,195.9600 | | $0.0000 | -$2,195.96 |
| 10/10/2025 | 4,600 | $5.4800 | -$25,208.0000 | | $0.0000 | -$25,208.00 |
| 10/10/2025 | 5,000 | $5.4835 | -$27,417.5000 | | $0.0000 | -$27,417.50 |
| 10/10/2025 | 5,000 | $5.4600 | -$27,300.0000 | | $0.0000 | -$27,300.00 |
| 10/10/2025 | 5,000 | $5.4699 | -$27,349.5000 | | $0.0000 | -$27,349.50 |
| 10/10/2025 | 7,500 | $5.4665 | -$40,998.7500 | | $0.0000 | -$40,998.75 |
| 10/10/2025 | 7,500 | $5.4635 | -$40,976.2500 | | $0.0000 | -$40,976.25 |
| 10/10/2025 | 7,500 | $5.4642 | -$40,981.5000 | | $0.0000 | -$40,981.50 |
| 10/10/2025 | 7,500 | $5.4736 | -$41,052.0000 | | $0.0000 | -$41,052.00 |
| 12/18/2025 | 607 | $5.6200 | -$3,411.3400 | | $0.0000 | -$3,411.34 |
| 12/18/2025 | 7,000 | $5.6345 | -$39,441.5000 | | $0.0000 | -$39,441.50 |
| 12/18/2025 | 7,000 | $5.6345 | -$39,441.5000 | | $0.0000 | -$39,441.50 |
| 12/18/2025 | 3,209 | $5.6300 | -$18,066.6700 | | $0.0000 | -$18,066.67 |
| 12/18/2025 | 2,400 | $5.6250 | -$13,500.0000 | | $0.0000 | -$13,500.00 |
| 12/18/2025 | 1,391 | $5.6250 | -$7,824.3800 | | $0.0000 | -$7,824.38 |
| 12/18/2025 | 5,000 | $5.6290 | -$28,145.0000 | | $0.0000 | -$28,145.00 |
| 12/19/2025 | 5,000 | $5.5287 | -$27,643.5000 | | $0.0000 | -$27,643.50 |
| 12/19/2025 | 7,000 | $5.5299 | -$38,709.3000 | | $0.0000 | -$38,709.30 |
| 12/19/2025 | 7,000 | $5.5150 | -$38,605.0000 | | $0.0000 | -$38,605.00 |
| 12/19/2025 | 5,711 | $5.5140 | -$31,490.4500 | | $0.0000 | -$31,490.45 |
| 12/19/2025 | 1,289 | $5.5150 | -$7,108.8500 | | $0.0000 | -$7,108.85 |
| 12/19/2025 | 7,000 | $5.5100 | -$38,570.0000 | | $0.0000 | -$38,570.00 |
| 12/19/2025 | 7,000 | $5.5120 | -$38,584.0000 | | $0.0000 | -$38,584.00 |
| 12/19/2025 | 1,908 | $5.5124 | -$10,517.6600 | | $0.0000 | -$10,517.66 |
| 12/19/2025 | 1,240 | $5.5050 | -$6,826.2000 | | $0.0000 | -$6,826.20 |
| 12/19/2025 | 900 | $5.5090 | -$4,958.1000 | | $0.0000 | -$4,958.10 |
| 12/19/2025 | 2,952 | $5.5100 | -$16,265.5200 | | $0.0000 | -$16,265.52 |
| 12/19/2025 | 7,000 | $5.5046 | -$38,532.2000 | | $0.0000 | -$38,532.20 |
| 12/23/2025 | 7,000 | $5.3739 | -$37,617.3000 | | $0.0000 | -$37,617.30 |
| 1/7/2026 | 10,000 | $5.3600 | -$53,600.0000 | | $0.0000 | -$53,600.00 |
| 1/7/2026 | 10,000 | $5.3600 | -$53,600.0000 | | $0.0000 | -$53,600.00 |
| 1/7/2026 | 8,200 | $5.3600 | -$43,952.0000 | | $0.0000 | -$43,952.00 |
| 1/7/2026 | 900 | $5.3499 | -$4,814.9100 | | $0.0000 | -$4,814.91 |
| 1/7/2026 | 900 | $5.3500 | -$4,815.0000 | | $0.0000 | -$4,815.00 |
| 1/7/2026 | 10,000 | $5.3500 | -$53,500.0000 | | $0.0000 | -$53,500.00 |
| 1/7/2026 | 6,249 | $5.3500 | -$33,432.1500 | | $0.0000 | -$33,432.15 |
| 1/7/2026 | 3,751 | $5.3400 | -$20,030.3400 | | $0.0000 | -$20,030.34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **237,608** | | | | **Subtotal:** | **-$1,333,043.98** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $1,012,040.36 |
| | | | $4.2593 | | **Total:** | **-$321,003.62** |

Financial Interest Analysis

**Name:**        Blueprint Moderate Portfolio LP

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/5/2025 | 27,834 | $5.5519 | -$154,531.5900 | | $0.0000 | -$154,531.59 |
| 12/23/2025 | 47,000 | $5.3202 | -$250,050.2900 | | $0.0000 | -$250,050.29 |

| **Shares Retained:** | **74,834** | | | | **Subtotal:** | **-$404,581.88** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | | **90-Day Average:** | $318,739.39 |
| | | | $4.2593 | | **Total:** | **-$85,842.49** |

**Name:**        Cory Burnell

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/3/2025 | 710 | $5.6300 | -$3,997.3000 | | $0.0000 | -$3,997.30 |
| 11/20/2025 | 91 | $5.5851 | -$508.2400 | | $0.0000 | -$508.24 |
| 11/20/2025 | 2,199 | $5.5845 | -$12,280.3200 | | $0.0000 | -$12,280.32 |

| **Shares Retained:** | **3,000** | | | | **Subtotal:** | **-$16,785.86** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | | **90-Day Average:** | $12,777.86 |
| | | | $4.2593 | | **Total:** | **-$4,008.00** |
| | | | | | **Combined Total:** | **-$410,854.12** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between January 26, 2026 and April 6, 2026.