GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz, SBN 255976
   BLutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California  94111
Telephone:  415.393.8200
Facsimile:   415.393.8306

Colin B. Davis, SBN 273942
   CDavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, California  92612
Telephone:  949.451.3800
Facsimile:   949.451.4220

*Attorneys for Defendants*
*Blackrock TCP Capital Corp., Raj Vig,*
*Phil Tseng, and Erik L. Cuellar*

FARUQI & FARUQI, LLP
Lisa T. Omoto SBN 303830
   lomoto@faruqilaw.com
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone:  424-256-2884
Facsimile:   424-256-2885

*Attorneys for Lead Plaintiffs Matthew*
*Zuliani and Thea Zuliani*

[Additional Counsel on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BLACKROCK TCP CAPITAL CORP. SECURITIES LITIGATION | Case No. 2:26-cv-01102-AB-DFM<br><br>**STIPULATION REGARDING FILING OF AN AMENDED COMPLAINT AND RESPONSIVE PLEADING** |

Gibson, Dunn &
Crutcher LLP

WHEREAS, on February 3, 2026, plaintiff Cory Burnell, individually and on behalf of all others similarly situated, filed a putative class action captioned *Burnell v. BlackRock Capital Corp. et al.*, Case No. 2:26-cv-01102-AB-DFM, against defendants BlackRock TCP Capital Corporation, Raj Vig, Phil Tseng, and Erik L. Cuellar (collectively, "Defendants," and together with Lead Plaintiffs (as defined below), the "Parties"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78a *et seq.*, and Rule 10b-5, 17 C.F.R. § 240, promulgated thereunder;

WHEREAS, on March 11, 2026, the Court entered an order directing Defendants and any lead plaintiff(s) appointed by the Court to, within 14 days of an order by the Court appointing a lead plaintiff and lead counsel, confer and jointly submit a proposed schedule for the designating of an operative complaint or filing of any amended complaint and responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss (ECF No. 13);

WHEREAS, on June 10, 2026, the Court entered an order appointing Matthew Zuliani and Thea Zuliani as Lead Plaintiffs for the putative class and approving Faruqi & Faruqi, LLP to serve Lead Plaintiffs and the putative class as Lead Counsel (ECF No. 33);

WHEREAS, pursuant to the Court's order (ECF No. 13), the Parties have met and conferred and agreed on a schedule for the filing of an amended complaint and a briefing schedule with respect to any motion to dismiss Defendants may file.

NOW THEREFORE, pursuant to Local Civil Rule 7.1, the Parties hereby stipulate and agree, and respectfully request the Court to order, as follows:

1.    Lead Plaintiffs shall file an amended complaint on or before August 24, 2026.

2.    Defendants' response to the amended complaint shall be due by October 23, 2026.

3.    If Defendants move to dismiss the amended complaint, Lead Plaintiffs'

opposition shall be due by December 22, 2026.

4.    Defendants' reply in support of any motion to dismiss shall be due by February 5, 2027.

A [Proposed] Order is submitted concurrently herewith.

DATED: June 24, 2026

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Colin B. Davis
Brian M. Lutz, SBN 255976
BLutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California  9411
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306

Colin B. Davis, SBN 273942
CDavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, California 92612
Telephone:  (949) 451-3800
Facsimile:  (949) 451-4220

*Attorneys for Defendants Blackrock TCP Capital Corp., Raj Vig, Phil Tseng, and Erik L. Cuellar*

DATED: June 24, 2026

FARUQI & FARUQI, LLP

By: /s/ James M. Wilson, Jr.**
Lisa T. Omoto SBN 303830
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: lomoto@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

Robert W. Killorin (admitted *pro hac vice*)
3565 Piedmont Road NE Building Four
Suite 380

Gibson, Dunn & Crutcher LLP

2

Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiffs Matthew Zuliani and Thea Zuliani*

** Pursuant to Civ. L.R. 5-4.3.4, the electronic filer has obtained approval from this signatory.

Gibson, Dunn &
Crutcher LLP

3